■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST T. CARTER, Appellant. [720 NYS2d 861] —Judgment unanimously affirmed. Memorandum: Defendant pleaded guilty to assault in the second degree (Penal Law § 120.05 [2]) in satisfaction of charges arising from an incident involving an armed robbery, and he waived his right to appeal as a condition of the plea bargain (*see, People v Seaberg,* 74 NY2d 1, 11). That general waiver encompasses his contentions that County Court abused its discretion in denying his request for youthful offender status (*see, People v Weston,* 275 AD2d 915; *People v Franklin,* 261 AD2d 900, *lv denied* 94 NY2d 823) and that the sentence is unduly harsh or severe (*see, People v Hidalgo,* 91 NY2d 733, 737). In any event, we conclude that the court did

not abuse its discretion in denying defendant's request for youthful offender status (*see, People v Jones*, 247 AD2d 883, *lv denied* 91 NY2d 974) and that the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Burns and Lawton, JJ.